UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 17-18689 |
|---|---|---|
| Mark D Leone and Cynthia J Leone | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING THE DEBTORS TO USE SELL OR LEASE 363(b) FOR THE PURPOSES OF A SHORT SALE**

THIS MATTER coming to be heard on the Motion to Use Sell or Lease 363(b) for the purposes of a Short Sale, the Court having jurisdiction, with dues notice having been given to all parties in interest, the Court Orders as follows:

1. The Debtors are authorized to enter into the short sale agreement for the property located at 258 N. Schubert St., Palatine, IL 60067.

2. The lien with U.S. Bank serviced through Select Portfolio Servicing Inc., shall be paid in full, unless otherwise agreed upon by U.S. Bank serviced through Select Portfolio Servicing Inc.

3. U.S. Bank serviced through Select Portfolio Servicing Inc., is in no way compelled to accept a short sale under this order.

4. The Closing statement from the short sale shall be provided to the Trustee's office along with any non-exempted proceeds within 10 days of closing.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 03, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600