UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-18689 |
| Mark D Leone | ) | |
| Cynthia J Leone | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to lower the plan payment to $650 a month for the remainder of the plan commencing with the July 2019 payment, and

2. The plan base is reduced to $69,210, and

3. Nothing in this Order shall require trustee to perform collections from any creditor pursuant to any prior plan.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 03, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600